DARREL J. HIEBER (CA Bar No. 100857)
dhieber@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
(213) 687-5000 (telephone)
(213) 687-5600 (facsimile)

E-FILED 06/29/09

MARK S. CHEFFO (admitted *Pro Hac Vice*)
mark.cheffo@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000 (telephone)
(212) 735-2000 (facsimile)

Attorneys for Defendant Amgen Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| In re: EPOGEN AND ARANESP OFF-LABEL MARKETING AND SALES PRACTICES LITIGATION | Case No. 2:08-ML-01934 PSG (AGRx) |
| | [PROPOSED] JUDGMENT FOR DEFENDANT AMGEN INC. |
| This document relates to: | Date: N/A |
| ALL ACTIONS | Time: N/A |
| | Judge: Hon. Philip S. Gutierrez |

WHEREAS, on June 17, 2009, the Court entered an Order granting in whole Amgen Inc.'s Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint, dismissing all of Plaintiffs' claims with prejudice.

IT IS HERBY ORDERED, ADJUDGED, AND DECREED that Judgment be entered for Amgen Inc. and against Plaintiffs Sheet Metal Workers National Health

---

1

[PROPOSED] JUDGMENT FOR DEFENDANT AMGEN INC.

Fund, United Food & Commercial Workers Central Pennsylvania & Regional Health & Welfare Fund, Painters District Counsel No. 30 Health & Welfare Fund, Ironworkers Local Union No. 68 and Participating Employers Health and Welfare Funds, Ironworkers Local Union No. 399 and Participating Employers Health and Welfare Funds, Ironworkers District Council of Philadelphia and Vicinity Benefit and Pension Plan, and Kenneth Ross as Commissioner of the Offices of Financial and Insurance Services for the State of Michigan, in his capacity as liquidator of Michigan Health Maintenance Organization Plans, Inc., formerly known as Omnicare Health Plan, Inc.

IT IS SO ORDERED

Dated June  29 , 2009                                   _____
                                                          The Honorable Philip S. Gutierrez
                                                             United States District Judge